# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WILBER, *et al.*, | |
|     Plaintiffs, | Case No. 2:13-CV-01594-KJD-VCF |
| v. | **ORDER** |
| WAL CAPITAL LLC, *et al.*, | |
|     Defendants. | |

      Before the Court for consideration is the Order and Report and Recommendation (#8) of Magistrate Judge Cam Ferenbach entered November 6, 2013, recommending that Plaintiff's action be dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) for failure to establish jurisdiction in this Court. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#8) of the United States Magistrate Judge entered November 6, 2013, should be **ADOPTED** and **AFFIRMED**.

      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#8) entered November 6, 2013, are **ADOPTED** and **AFFIRMED;**

1 | IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED.**

2 | DATED this 26th day of November 2013.

_____
Kent J. Dawson
United States District Judge